In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for the Opening and Extending of Trautwine Street in the Borough of Queens.

WOLDEMAR HAHN, Respondent.

*New York city — street opening — award for damage to buildings.*

*Matter of City of New York (Trautwine Street)*, 206 App. Div. 719, affirmed.

(Submitted January 16, 1924; decided February 26, 1924.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 24, 1923, which unanimously affirmed an order of Special Term awarding damages to a property owner in street opening proceedings. The city contended that the amount awarded for damage to buildings was excessive.

*George P. Nicholson, Corporation Counsel (Joel J. Squier* of counsel), for appellant.

*Isaac E. Bermant* and *Henry Herz* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.